# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORINNE MOORE**                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 4:19-CV-00397-BSM**

**ARKANSAS BLUE CROSS BLUE SHIELD**                   **DEFENDANT**

## ORDER

Pursuant to Corinne Moore's notice of voluntary dismissal [Doc. No. 19], this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE