**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CORINNE MOORE**                                                                              **PLAINTIFF**

**v.**                                         **CASE NO. 4:19-CV-00397-BSM**

**ARKANSAS BLUE CROSS BLUE SHIELD**                              **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice. The

parties will bear their own costs.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE